■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN EMERSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered May 3, 1983, convicting him of burglary in the second degree, grand larceny in the third degree, criminal possession of stolen property in the second degree, criminal mischief in the fourth degree, and possession of burglar's tools, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence at trial was more than adequate to support the instant conviction, and to sustain the jury's finding that the value of the items stolen exceeded $250 *(see, People v Hernandez,* 91 AD2d 227, *revd on other grounds* 59 NY2d 881).

The defendant's remaining contentions have been considered and found to be without merit. Thompson, J. P., Bracken, Weinstein and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KERRY HARPER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered January 10, 1984, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

We reject the defendant's contention that his arrest was made in violation of US Constitution 4th Amendment. Since the defendant's wife consented to the police entry into their home, the arrest therein was proper *(see, United States v Kornblau,* 586 F Supp 614; *cf. Payton v New York,* 445 US 573, 583.

The defendant's remaining contentions are either not preserved for appellate review or without merit. Mangano, J. P., Gibbons, Brown and Lawrence, JJ., concur.